**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

MICHAEL CRAVEY,
a/k/a THOMAS BRINKLEY

    Plaintiff,

v.                                  CASE NO. 1:14-cv-00041-MP-GRJ

GAINESVILLE POLICE DEPARTMENT, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2). The Report and Recommendation was returned as undeliverable. (Doc. 4). Likewise, the *pro se* notice that explained certain court procedures was returned as undeliverable. (Doc. 5). Both of these documents were sent to the return address associated with Plaintiff's Complaint: 200 Burnett Road, Chicopee, Massachusetts 01020. (Doc. 1). A letter was sent with the return of the Report and Recommendation, indicating that the address is associated with the company Dow Jones, L.P., and is not associated with anyone named Michael Cravey. As Plaintiff has failed to update the Court with his address, the Court finds that Plaintiff has abandoned his claim. Thus, in addition to the reasons set forth in the Report and Recommendation, the matter should be dismissed for failure to prosecute.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

1.      The Magistrate Judge's Report and Recommendation (Doc. 3) is adopted and

    incorporated by reference in this order.

2.  This matter is DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and for failure to prosecute.

3.  The Clerk shall refer all subsequent documents received in the name of "Michael Cravey a/k/a Thomas Brinkley" to the Magistrate Judge for screening before filing.

**DONE AND ORDERED** this   *25th* day of April, 2014

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge